| | | |
|---|---|---|
| Ira Bodenstein | The Honorable: | PAMELA S. HOLLIS |
| Shaw Fishman | Chapter 7 | |
| 321 N. Clark St., Ste. 800 | | |
| Chicago, IL 60654 | Hearing Date: | 01/07/2014 |
| (312) 662-2861 | Hearing Time: | 10:30 a.m. |
| Chapter 7 Trustee | | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re:    TAVRIDES, KRISTIN E.    §    Case No. 12-50164
§
§
Debtor(s)    §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on January 7, 2014 in Courtroom 644, United States Courthouse, 219 South Dearborn Street Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/02/2013    By:    Ira Bodenstein
                                    Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 662-2861
UST Form 101-7-NFR (10/1/2010)

| | | |
|---|---|---|
| Ira Bodenstein | The Honorable: | PAMELA S. HOLLIS |
| Shaw Fishman | Chapter 7 | |
| 321 N. Clark St., Ste. 800 | Location: | |
| Chicago, IL 60654 | Hearing Date: | / / |
| (312) 662-2861 | Hearing Time: | |
| Chapter 7 Trustee | Response Date: | / / |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: TAVRIDES, KRISTIN E. § Case No. 12-50164
§
§
Debtor(s) §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 12,500.00 |
| *and approved disbursements of* | $ 65.18 |
| *leaving a balance on hand of* [1] | $ 12,434.82 |
| **Balance on hand:** | $ 12,434.82 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 12,434.82

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 2,000.00 | 0.00 | 2,000.00 |

Total to be paid for chapter 7 administration expenses: $ 2,000.00
Remaining balance: $ 10,434.82

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 10,434.82

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 10,434.82

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,757.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Nelnet on behalf of the US Depatment of Education | 16,751.00 | 0.00 | 3,377.17 |
| 2 | Capital Recovery V, LLC | 717.76 | 0.00 | 144.71 |
| 3 | eCAST Settlement Corporation, assignee | 25,558.82 | 0.00 | 5,152.92 |
| 4 | eCAST Settlement Corporation, assignee | 8,729.79 | 0.00 | 1,760.02 |

Total to be paid for timely general unsecured claims: $ 10,434.82
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/Ira Bodenstein
Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 662-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-50164-PSH
Kristin E. Tavrides                                                     Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1         User: gbeemster         Page 1 of 2         Date Rcvd: Dec 04, 2013
                             Form ID: pdf006         Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2013.
```
db          #+Kristin E. Tavrides,    2227 N. Bissell, #2,    Chicago, IL 60614-3663
19848863    +ACS/Bank Of America,    501 Bleecker St,    Utica, NY 13501-2401
19848864    +Amex,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
19848866    +BMO Harris Bank,    Legal Servcies 421 East,    111 W. Monroe Street,    Chicago, IL 60603-4096
19848865     Bank Of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
19848870    ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
             Kansas City, MO 64195)
19848867    +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
19848868    +Chase Manhattan Mortgage,    Attn; Bankruptcy Dept,    3415 Vision Dr. Mail Code: Oh4-7133,
             Columbus, OH 43219-6009
19848869    +Chase Mht Bk,    Attention: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
19848872    +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
19848874    +Harris Bank,    Legal Servcies 421 East,    111 W. Monroe Street,    Chicago, IL 60603-4096
21119137     JPMorgan Chase Bank, National Association,    c/o Heavner, Scott, Beyers & Mihlar, LLC,
             Post Office Box 740,    Decatur, Illinois  62525-0740
19848875     Lurie Children's Hospital,    P.O. Box 4066,    Carol Stream, IL 60197-4066
19848876    +Mercy Health System,    1000 Mineral Point Ave.,    Janesville, WI 53548-2940
19848877     Northwestern Medical Faculty,    38693 Eagle Way,    Chicago, IL 60678-1386
19848878     Northwestern Memorial Hospital,    P.O. Box 73690,    Chicago, IL 60673-7690
19848879     Pediatric Faculty Foundation,    P.O. Box 4051,    Carol Stream, IL 60197-4051
19848880    #+Ted Tavrides,    2227 N. Bissell, #2,    Chicago, IL 60614-3663
20712495     eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
             New York, NY 10087-9262
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20601657     E-mail/PDF: rmscedi@recoverycorp.com Dec 05 2013 01:49:50      Capital Recovery V, LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
19848871    +E-mail/Text: electronicbkydocs@nelnet.net Dec 05 2013 01:06:44      Dept Of Education/neln,
             3015 Parker Rd,    Aurora, CO 80014-2904
19848873    +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2013 01:49:50      Gemb/Banana Republic,
             Attn: Bankruptcy,    P.O. Box 103104,    Roswell, GA 30076-9104
20516411    +E-mail/Text: electronicbkydocs@nelnet.net Dec 05 2013 01:06:44      Nelnet on behalf of the U.S. Dept. of ED,
             US Department of Education,
             3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
19848881    +E-mail/Text: vci.bkcy@vwcredit.com Dec 05 2013 01:06:49      Volkswagon Credit Inc,
             National Bankruptcy Services,    9441 LBJ Freeway, Suite 250,    Dallas, TX 75243-4640
                                                                                             TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20712496*     eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
              New York, NY 10087-9262
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2013                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1           User: gbeemster          Page 2 of 2              Date Rcvd: Dec 04, 2013
                               Form ID: pdf006          Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2013 at the address(es) listed below:

```
              Douglas W. Worrell    on behalf of Debtor Kristin E. Tavrides bk@thelawoffice.us,
               dartanion1600@gmail.com
              Faiq  Mihlar    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bankruptcy@hsbattys.com,   bankruptcy@hsbattys.com
              Ira  Bodenstein    on behalf of Trustee Ira  Bodenstein iratrustee@shawfishman.com,
               IL29@ecfcbis.com;cowens@shawfishman.com
              Ira  Bodenstein     iratrustee@shawfishman.com,    IL29@ecfcbis.com;cowens@shawfishman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                            TOTAL: 5
```