# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: TAVRIDES, KRISTIN E. | § | Case No. 12-50164 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $19,275.92
*(without deducting any secured claims)*

Assets Exempt:  $26,475.92

Total Distribution to Claimants: $10,434.82

Claims Discharged
Without Payment: $72,204.65

Total Expenses of Administration: $2,065.18

3)  Total gross receipts of $   12,500.00   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $12,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $568,009.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,065.18 | 2,065.18 | 2,065.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 82,080.10 | 51,757.37 | 51,757.37 | 10,434.82 |
| **TOTAL DISBURSEMENTS** | $650,089.10 | $53,822.55 | $53,822.55 | $12,500.00 |

4)  This case was originally filed under Chapter 7 on December 22, 2012. The case was pending for 14 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/04/2014          By: /s/Ira Bodenstein
                                      Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2227 N. Bissell, #2, Chicago, short sale at $499 | 1110-000 | 12,500.00 |
| **TOTAL GROSS RECEIPTS** | | $12,500.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Harris Bank | 4110-000 | 90,081.00 | N/A | N/A | 0.00 |
| NOTFILED | Volkswagon Credit Inc National Bankruptcy Services | 4110-000 | 7,921.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Manhattan Mortgage | 4110-000 | 427,865.00 | N/A | N/A | 0.00 |
| NOTFILED | BMO Harris Bank | 4110-000 | 42,142.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $568,009.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.78 | 10.78 | 10.78 |

**UST Form 101-7-TDR (10/1/2010)**

| Rabobank, N.A. | 2600-000 | N/A | 16.76 | 16.76 | 16.76 |
| Rabobank, N.A. | 2600-000 | N/A | 19.73 | 19.73 | 19.73 |
| Rabobank, N.A. | 2600-000 | N/A | 17.91 | 17.91 | 17.91 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$2,065.18** | **$2,065.18** | **$2,065.18** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Nelnet on behalf of the US Depatment of Education | 7100-000 | 16,828.00 | 16,751.00 | 16,751.00 | 3,377.17 |
| 2 | Capital Recovery V, LLC | 7100-000 | 327.00 | 717.76 | 717.76 | 144.71 |
| 3 | eCAST Settlement Corporation, assignee | 7100-000 | 25,349.00 | 25,558.82 | 25,558.82 | 5,152.92 |
| 4 | eCAST Settlement Corporation, assignee | 7100-000 | 8,694.00 | 8,729.79 | 8,729.79 | 1,760.02 |
| NOTFILED | Mercy Health System | 7100-000 | 1,119.50 | N/A | N/A | 0.00 |
| NOTFILED | Lurie Children's Hospital | 7100-000 | 678.64 | N/A | N/A | 0.00 |
| NOTFILED | Pediatric Faculty Foundation | 7100-000 | 83.19 | N/A | N/A | 0.00 |
| NOTFILED | Northwestern Medical Faculty | 7100-000 | 99.00 | N/A | N/A | 0.00 |
| NOTFILED | Dsnb Macys | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwestern Memorial Hospital | 7100-000 | 2,285.77 | N/A | N/A | 0.00 |
| NOTFILED | Amex American Express Special Research | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | ACS/Bank Of America | 7100-000 | 12,190.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Sd, Na | 7100-000 | 14,386.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $82,080.10 | $51,757.37 | $51,757.37 | $10,434.82 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 12-50164 | **Trustee:** (330129)  Ira Bodenstein |
| **Case Name:** TAVRIDES, KRISTIN E. | **Filed (f) or Converted (c):** 12/22/12 (f) |
| | **§341(a) Meeting Date:** 02/26/13 |
| **Period Ending:** 03/04/14 | **Claims Bar Date:** 07/22/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2227 N. Bissell, #2, Chicago, short sale at $499 | 249,500.00 | 0.00 | | 12,500.00 | FA |
| 2 | Cash on Hand | 60.00 | 0.00 | | 0.00 | FA |
| 3 | Chase checking | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Chase savings acct | 5.00 | 0.00 | | 0.00 | FA |
| 5 | Bien Living Design bank acount at Chase | 39.92 | 0.00 | | 0.00 | FA |
| 6 | Miscellaneus household goods and furnishings | 1,250.00 | 0.00 | | 0.00 | FA |
| 7 | Misc. clothing and wearing apparel | 400.00 | 0.00 | | 0.00 | FA |
| 8 | Wedding & egagement ring | 1,100.00 | 0.00 | | 0.00 | FA |
| 9 | 401(k) H.D. Brent & Company, Inc. | 6,021.00 | 0.00 | | 0.00 | FA |
| 10 | Bien Living Design, sole proprietorship, interio | Unknown | 0.00 | | 0.00 | FA |
| 11 | Worker's compensation claim against DeStefano an | Unknown | 0.00 | | 0.00 | FA |
| 12 | 2007 Toyota Rav 4, 60k miles, needs body work, d | 10,200.00 | 0.00 | | 0.00 | FA |
| 13 | Domestic dog, no breeding or show value. | 0.00 | 0.00 | | 0.00 | FA |
| **13** | **Assets  Totals** (Excluding unknown values) | **$268,775.92** | **$0.00** | | **$12,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Short sale motion filed and pending.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2013    **Current Projected Date Of Final Report (TFR):**    December 2, 2013  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-50164 | |
| **Case Name:** TAVRIDES, KRISTIN E. | |
| **Taxpayer ID #:** **-***5641 | |
| **Period Ending:** 03/04/14 | |

| | |
|---|---|
| **Trustee:** Ira Bodenstein (330129) | |
| **Bank Name:** Rabobank, N.A. | |
| **Account:** ******8566 - Checking Account | |
| **Blanket Bond:** $5,000,000.00  (per case limit) | |
| **Separate Bond:** N/A | |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/10/13 | {1} | Big Blue Capital LLC | Sale of estate right, title and interest  per Order approving sale of  2227 N. Bissell # 2 (DKT 23) | 1110-000 | 12,500.00 | | 12,500.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.78 | 12,489.22 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.76 | 12,472.46 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.73 | 12,452.73 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.91 | 12,434.82 |
| 01/08/14 | 101 | Ira Bodenstein | Approved Trustee Compensation Order Dated 1/7/2014 | 2100-000 | | 2,000.00 | 10,434.82 |
| 01/08/14 | 102 | Capital Recovery V, LLC | Ref # XXXXXXXXXXXX0601 Final distribution | 7100-000 | | 144.71 | 10,290.11 |
| 01/08/14 | 103 | Nelnet on behalf of the US Depatment of Education | Ref # XXXXXXXXXXXX4474 Final Distribution | 7100-000 | | 3,377.17 | 6,912.94 |
| 01/08/14 | 104 | eCAST Settlement Corporation, assignee | Ref # XXXXXXXXXXXX3767 Final Distribution | 7100-000 | | 5,152.92 | 1,760.02 |
| 01/08/14 | 105 | eCAST Settlement Corporation, assignee | Ref # XXXXXXXXXXXX1878 Final Distribution | 7100-000 | | 1,760.02 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 12,500.00 | 12,500.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 12,500.00 | 12,500.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $12,500.00 | $12,500.00 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******8566** | 12,500.00 | 12,500.00 | 0.00 |
| | $12,500.00 | $12,500.00 | $0.00 |